In the Matter of the Application of HARRY LOCKE, Appellant, for Discharge from Imprisonment.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Matter of Locke,* 174 App. Div. 287, affirmed.

(Argued November 14, 1917; decided December 4, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1916, which reversed an order of the Chautauqua County Court, discharging the petitioner from custody. The above-entitled proceeding was commenced under the provisions of the Debtor and Creditor Law, in the Chautauqua County Court, by the service of a notice of motion, petition, schedule and affidavit on the attorney-general of the state of New York, to effect his release from the Chautauqua county jail where he was then imprisoned by virtue of an execution against his person, issued on a judgment recovered against him in the Supreme Court in an action by the People of the state of New York to enforce a penalty prescribed for a violation of the Conservation Law. Petitioner's appli-

cation was opposed on the ground that petitioner's motion papers were fatally defective and on the further ground that the court had no power to discharge petitioner until his full term of imprisonment had been served as pro-vided by section 28 of the Conservation Law. The objections were overruled and a trustee of the property of petitioner was appointed, and subsequently petitioner was discharged.

*Thomas H. Larkins* for appellant.

*Merton E. Lewis, Attorney-General (B. F. Sturgis* and *William T. Moore* of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CAR-DOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.